**No. 65183.**—The Durst Mfg. Co. et al. v. United States, protests 58/13523, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of brass water mixers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (47 C.C.P.A. 129, C.A.D. 744), the claim of the plaintiffs was sustained.